

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00326-CV

**IN RE** Wesley James **CRAWFORD**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Delivered and Filed: June 18, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus challenging an order allegedly rendered on February 1, 2021, by the trial court. Relator attaches an unsigned and undated temporary order in a suit affecting the parent-child relationship. Relator does not provide the information required by Rule 52.3(k) or 52.7, Texas Rules of Appellate Procedure. The court has determined that relator is not entitled to the relief requested based on the petition and record filed. Relator's petition for writ of mandamus is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020EM500623, styled *In the Interest of A.I.C., et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Eric J. Rodriguez presiding.